IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FOUR CORNERS, LLC, RAMAZAN JAFF AND CHONG JAFF, § § § § *Plaintiffs*, § § v. § § WESTCHESTER SURPLUS LINES § INSURANCE COMPANY, CHUBB, § DANIEL JENNY, CRC INSURANCE § SERVICES, INC. – SCU – SOUTHERN § CROSS, SANDY MATHIS, MATTHEW § D. SLOMIANY, ENGLE MARTIN & § ASSOCIATES, INC. AND KEVIN § MAYFIELD, § § *Defendants*. § | Civil Action No. 4:21-cv-01963 |

## JOINT STIPULATION TO DISMISS DEFENDANTS
## CRC INSURANCE SERVICES, INC. d/b/a SCU and SANDY MATHIS ONLY

All parties stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal without prejudice of (1) CRC Insurance Services, Inc. d/b/a SCU (improperly named herein as "CRC Insurance Services, Inc. – SCU – Southern Cross") and (2) Sandy Mathis, only.

Respectfully submitted,

By:   */s/ Paul K. Nesbitt*
**PAUL K. NESBITT**
pnesbitt@ksklawyers.com
Texas Bar No. 14920500
S.D. Texas 10216
3050 Post Oak Blvd., Suite 200
Houston, Texas 77056
Telephone:       713-595-6000
Facsimile:        713-595-6001

**ATTORNEY IN CHARGE FOR CRC INSURANCE SERVICES, INC. d/b/a SCU (improperly named herein as "CRC Insurance Services, Inc. – SCU – Southern Cross") AND SANDY MATHIS**

**OF COUNSEL:**

**SUTTER & KENDRICK, P.C.**
3050 Post Oak Blvd., Suite 200
Houston, Texas 77056
713-595-6000 / 713-595-6001 (fax)

By: */s/ Joseph A. Ziemianski*
**JOSEPH A. ZIEMIANSKI**
Texas Bar No. 00797732
S.D. Texas I.D. No. 25915
**BRYAN P. VEZEY**
Texas Bar No. 00788583
S.D. Texas I.D. No. 19217
1221 McKinney Street, Suite 2900
Houston, Texas 77009
Telephone: (832) 214-3900
Fax: (832) 214-3905
E-mail: jziemianski@cozen.com
E-mail: bvezey@cozen.com

**ATTORNEYS FOR DEFENDANT, WESTCHESTER SURPLUS LINES INSURANCE COMPANY (ALSO ERRONEOUSLY SUED AS "CHUBB"), DANIEL JENNY AND MATTHEW D. SLOMIANY**

By: */s/ Jeffrey I. Nicodemus*
**JEFFREY I. NICODEMUS**
Texas Bar No. 24007748
**MATTHEW E. LAST**
Texas Bar No. 24054910
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5207
(214) 220-5257 (Fax)
jnicodemus@cobbmartinez.com
mlast@cobbmartinez.com

**ATTORNEYS FOR DEFENDANT ENGLE MARTIN & ASSOCIATES, LLC (ERRONEOUSLY SUED AS "ENGLE MARTIN & ASSOCIATES, INC.")**

By:    */s/ René M. Sigman*
       **RENÉ M. SIGMAN, ESQ.**
       State Bar No. 24037492
       rmsdocket@merlinlawgroup.com
       515 Post Oak Blvd, Suite 510
       Houston, Texas 77027
       (713) 626-8880 (Office)
       (713) 626-8881 (Facsimile)

       **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned certifies that, on June 24, 2021, a true copy of this document was served upon the following counsel of record via the Court's ECF system, if enrolled, or otherwise by fax and email in accordance with FRCP 4:

| | |
|---|---|
| René M. Sigman<br>Merlin Law Group, P.A.<br>515 Post Oak Blvd., Suite 510<br>Houston, Texas 77027 | **Via Email: rmsdocket@merlinlawgroup.com** |
| Joseph A. Ziemianski<br>Cozen O'Connor<br>1221 McKinney Suite 2900<br>Houston, TX 77010 | **Via Email: JZiemianski@cozen.com** |
| Jeffrey I. Nicodemus<br>Cobb Martinez Woodward PLLC<br>1700 Pacific Avenue, Suite 3100<br>Dallas, Texas 75201 | **Via Email: jnicodemus@cobbmartinez.com** |

       */s/ Paul K. Nesbitt*
       **PAUL K. NESBITT**
       pnesbitt@ksklawyers.com