United States District Court
Southern District of Texas
**ENTERED**
July 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FOUR CORNERS, LLC, RAMAZAN JAFF AND CHONG JAFF, <br><br>*Plaintiffs*, <br><br>v. <br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, CHUBB, DANIEL JENNY, CRC INSURANCE SERVICES, INC. – SCU – SOUTHERN CROSS, SANDY MATHIS, MATTHEW D. SLOMIANY, ENGLE MARTIN & ASSOCIATES, INC. AND KEVIN MAYFIELD, <br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § Civil Action No. 4:21-cv-01963 |

**ORDER OF DISMISSAL OF DEFENDANTS
CRC INSURANCE SERVICES, INC. d/b/a SCU and SANDY MATHIS ONLY**

On the Joint Stipulation of Dismissal submitted by all Plaintiffs and all Defendants pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), it is

ORDERED that all claims asserted by Plaintiffs against the entity named in Plaintiffs' Original Petition (Dkt. #1 - 3) as Defendant "CRC Insurance Services, Inc. – SCU – Southern Cross", and who has answered in this action as CRC INSURANCE SERVICES, INC. d/b/a SCU, be, and hereby are, dismissed without prejudice; and further

ORDERED that all claims asserted by Plaintiffs against Defendant SANDY MATHIS be, and hereby are, dismissed without prejudice; and further

ORDERED that any costs of Court associated with the claims of Plaintiffs against Defendant CRC INSURANCE SERVICES, INC. d/b/a SCU or Defendant SANDY MATHIS are taxed against the party incurring same; and further

ORDERED that Plaintiffs' claims against the remaining Defendants shall remain pending before this Court at this time.

SIGNED _July 1_, 2021.

_____
UNITED STATES DISTRICT JUDGE