UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAMAZAN JAFF AND CHONG JAFF, D/B/A FOUR CORNERS SHOPPING PLAZA, | § § § § | |
| *Plaintiffs*, | § § | Civil Action No. 4:21-cv-1963 |
| v. | § § | |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | § § § § | |
| *Defendant*. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Ramazan Jaff and Chong Jaff, d/b/a Four Corners Shopping Plaza, and defendant, Westchester Surplus Lines Insurance Company, file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. The parties stipulate to the dismissal, with prejudice, of all claims that were, or could have been, asserted by or against each other in this action as the parties have resolved this claim.

2. This case is not a class action, and a receiver has not been appointed.

3. This action is not governed by any statute of the United States that requires an order of the Court for dismissal.

4. Each party agrees to bear his, her or its own attorneys' fees and costs.

5. This stipulation is intended to be effective upon filing as contemplated by Federal Rule of Civil Procedure 41(a)(1)(A)(ii). A proposed order nevertheless

accompanies this stipulation if the Court should elect to enter an order for administrative or other purposes.

          Respectfully submitted,

          */s René M. Sigman*    *\*Signed by Permission*
          René M. Sigman
          Attorney-in-Charge
          Texas State Bar No. 24037492
          S.D. Tex. Bar No. 900984
          8441 Gulf Freeway, Suite 600
          Houston, Texas 77017-5051
          Main line:713-230-2200
          rsigman@whlaw.com

          OF COUNSEL:
          Williams Hart Boundas Easterby, LLP

          ATTORNEYS FOR PLAINTIFFS


          *s/ Bryan P. Vezey*
          Joseph A. Ziemianski
          Attorney-in-Charge
          State Bar No. 00797732
          S.D. Texas I.D. No. 25915
          1221 McKinney, Suite 2900
          Houston, Texas 77010
          Telephone: (832) 214-3900
          Telecopier: (832) 214-3905
          E-mail: jziemianski@cozen.com

          OF COUNSEL:
          Cozen O'Connor

          Bryan Vezey
          State Bar No. 00788583
          S.D. Texas I.D. No. 19217
          (Firm, address and phone as above)
          E-mail: bvezey@cozen.com

          ATTORNEYS FOR DEFENDANT,
          WESTCHESTER SURPLUS LINES
          INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

    I certify that, on December 9, 2022, a true copy of this document was served upon all counsel of record via the Court's electronic filing system.

                                      *s/ Bryan P. Vezey*
                                      Bryan P. Vezey