United States District Court
Southern District of Texas
**ENTERED**
December 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAMAZAN JAFF AND CHONG JAFF, D/B/A FOUR CORNERS SHOPPING PLAZA, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § § | Civil Action No. 4:21-cv-1963 |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | § § § § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs, Ramazan Jaff and Chong Jaff, d/b/a Four Corners Shopping Plaza, and defendant, Westchester Surplus Lines Insurance Company, have filed a Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is, therefore, **ORDERED**, that all claims asserted in this action are **DISMISSED WITH PREJUDICE**.

Each party will bear his, her or its own costs.

All relief requested in this lawsuit but not expressly granted in this order is **DENIED**.

This order disposes of all claims and all parties and is final.

SIGNED on December __13__, 2022.

Andrew S. Hanen
UNITED STATES DISTRICT JUDGE